ACCEPTED
03-15-00324-CV
6982811
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 5:53:05 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00324-CV

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE COURT OF APPEALS** |
| | | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>9/17/2015 5:53:05 PM |
| **THE MARRIAGE OF** | § | |
| | § | JEFFREY D. KYLE<br>Clerk |
| **JEAN-MICHEL GUERIN** | § | **THIRD DISTRICT** |
| **AND** | § | |
| **TINA GUERIN** | § | **OF TEXAS** |

## APPELLANT'S MOTION TO

## EXTEND TIME TO FILE APPELLANT'S BRIEF

NOW Comes Appellant, JEAN-MICHEL GUERIN, and pursuant to Texas Rule of Appellate Procedure 38.6 (d), requests that the Court grant additional time in which to file *Appellant's Brief* as related to an order issued on February 27, 2015, in Cause No. 263,324-E, Jean-Michel Guerin v. Tina Guerin, in the 426th Judicial District, Bell County, Texas.

1. The deadline to file the *Appellant's Brief* is September 16, 2015.

2. Appellant requests an additional 45 days to file *Appellant's Brief*, extending the time until October 30, 2015.

3. Appellant has never sought or received a prior extension to file the *Appellant's Brief*.

4. Appellant needs additional time to file the *Appellant's Brief* because he has been unable to adequately prepare and research a brief for this case due to:

a. His waiting for the additional findings of fact and conclusions of law that he timely requested from the Trial Court on July 26, 2015.

b. His military duty requirements, as the chief of strategy and policy for his command, where he is responsible for developing and publishing his command's theater campaign plan for fiscal year's 2017 – 2021, no later than October 1, 2015.

c. His other pleading(s) in this case; specifically a Writ for Mandamus filed concurrently with this motion.

5. For these reasons, Appellant asks the Court to grant an extension of time to file *Appellant's Brief* until October 30, 2015.

6. This extension of time is sought so that justice may be done and not for purposes of delay.

Respectfully submitted,

*/s/ Jean-Michel Guerin*
**JEAN-MICHEL GUERIN**
Appellant, Pro Se

CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with Tina Leone (formerly known as Tina Guerin) once by email and once by USPS on September 14, 2015, but she has not responded to my attempts.

/s/ Jean-Michel Guerin
**JEAN-MICHEL GUERIN**
Appellant, Pro Se


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered on September 14, 2015, to all parties and counsel of record as shown below:

Respectfully submitted,

/s/ Jean-Michel Guerin
**JEAN-MICHEL GUERIN**
Appellant, Pro Se
P.O. Box # 340437
Fort Sam Houston, TX 78234
Tel: (803) 673-2401
Fax: (210) 549-2071
E-mail: jm.t.guerin@gmail.com


Real Party in Interest:
Tina (Leone) Guerin, via email to tina.guerin@gmail.com and last known address at 5500 Encino Oak Way, Killeen, Texas 76542, USPS certified mail (tracking # 9502 8000 2076 5257 0001 78).